UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CURTIS HARRIS,

    Plaintiff,

v.	Case No. 2:08-cv-105
    HON. ROBERT HOLMES BELL

PATRICIA L. CARUSO, et al.,

    Defendants.
_____/

## ORDER

On June 4, 2008, this Court issued an Order For Service, in which plaintiff was ordered to provide the Court with 10 copies of the complaint for service upon the defendants. Plaintiff complied with this Court's order, but advised the Court that he intended to name only eight defendants in this action. It appears that plaintiff did not intend to name Unknown Clapp and Unknown Hart as defendants. Accordingly,

IT IS HEREBY ORDERED that the Clerk shall not issue summons for Unknown Clapp and Unknown Hart.

IT IS FURTHER ORDERED that the Clerk shall terminate Unknown Clapp and Unknown Hart from the court record.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated:  June 12, 2008
    IT IS SO ORDERED.

- 2 -

        /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:   June 12, 2008